IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerin W. Williams, ) | |
| ) | |
| Petitioner, ) | CV 06-2156-PHX-PGR (JCG) |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Dora Schriro, et al. ) | |
| ) | |
| Respondent. ) | |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Guerin, entered on June 20, 2007, and no party having filed any objection to the Report and Recommendation

IT IS ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 20)** is ACCEPTED and ADOPTED by the Court.

IT IS FURTHER ORDERED that petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is DENIED. The Clerk of the Court is directed to enter judgment accordingly.

DATED this 7th day of September, 2007.

Paul G. Rosenblatt
United States District Judge